IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARLENE EVANS, ADELLA BAOVA, and NADIA JARRETT )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC, )<br>)<br>Defendant. )<br>) | Civil Action<br>No. 1:13-cv-1295-WSD<br><br>JURY TRIAL DEMANDED |

## [~~PROPOSED~~] ORDER APPROVING SETTLEMENT AGREEMENTS

The above-styled case is presently before the Court on the Parties' Joint Motion for Review and Approval of Plaintiffs' Settlement and General Release Agreements and For Dismissal with Prejudice. The Parties have requested that the Court review and approve the "Confidential Settlement Agreement and General Release" for Plaintiffs Marlene Evans, Adella Baova, and Nadia Jarrett in this case, because the Plaintiffs' Complaint includes claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. The Court has reviewed the proposed Settlement Agreements, and finds that they are a fair and reasonable resolution of the dispute. Accordingly, the Parties' Joint Motion is **GRANTED**, and Plaintiffs' Settlement and General Release Agreements are **APPROVED** and incorporated herein. This

Court shall retain jurisdiction over this matter until the terms set forth in the Settlement Agreements have been complied with.

IT IS SO ORDERED, this 19th day of November, 2013.

_____
Honorable William S. Duffey, Jr.
UNITED STATES DISTRICT JUDGE

Firmwide:123718269.2 055001.1177