IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARLENE EVANS, ADELLA BAOVA, and NADIA JARRETT | ) ) ) Civil Action ) No. 1:13-cv-1295-WSD |
| Plaintiffs, | ) |
| v. | ) ) |
| | ) JURY TRIAL DEMANDED |
| QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC, | ) ) ) |
| Defendant. | ) ) ) |

## [PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL AND DISMISSING LAWSUIT WITH PREJUDICE

By consent of the Parties hereto, and the Court having reviewed and approved the Joint Motion to Approve Settlement executed by the Parties, and further understanding the Parties have stipulated to a dismissal with prejudice of the claims of each Plaintiff, the above-referenced lawsuit is hereby **DISMISSED WITH PREJUDICE** with each party to bear its own respective attorney's fees and costs.

**DONE AND ORDERED** on this 19th day of November, 2013.

_____
Honorable William S. Duffey, Jr.
UNITED STATES DISTRICT JUDGE

Firmwide:124110562.2 055001.1177